| AO-10<br>Rev. 1/2004 | FINANCIAL DISCLOSURE REPORT<br><br>NOMINATION FILING | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (Last name, First name, Middle initial)<br><br>Howard, Marcia M | 2. Court or Organization<br><br>USDC-Middle District of FL | 3. Date of Report<br><br>6/12/2006 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>District Judge - Nominee | 5. ReportType (check appropriate type)<br><br>◉ Nomination.   Date   6/6/2006<br><br>○ Initial   ○ Annual   ○ Final | 6. Reporting Period<br><br>1/1/2005<br>to<br>6/12/2006 |
| 7. Chambers or Office Address<br><br>U.S. Courthouse<br><br>300 N. Hogan Street, #5-111<br><br>Jacksonville, FL 32202-4249 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES** The instructions accompanying this form must be followed Complete all parts, checking the NONE box for each part where you have no reportable information Sign on last page

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☐ NONE - (No reportable positions.)

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Registered Agent/Officer/Director | Marcia Morales Howard, P.A. (sole proprietorship) |
| 2. | Officer/Director | Morales Construction Co., Inc. |
| 3. | Officer/Director | Morgar Realty, Inc. |
| 4. | Director | Morales Investments of Jacksonville, Inc. |
| 5. | Director | MIC Holdings Inc. |
| 6. | Board Member | Girl Scouts of Gateway Council (non-profit) |
| 7. | Board Member | Theatreworks (non-profit) |
| 8. | Board Member | American Cancer Society - Duval County Unit (non-profit) |
| 9. | Board Member | Wolfson Children's Hospital Women's Board (non-profit) |
| 10. | Member | St. Vincent's Hospital Women's Council (non-profit) |
| 11. | Board Member | National Conference for Community & Justice (non-profit) |
| 12. | Board Member / Secretary | Northeast Florida Center for Community & Justice (non-profit) |
| 13. | Trustee | Irrevocable Insurance Trust #1 |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☐ NONE - (No reportable agreements.)

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 2003 | McGuireWoods LLP 401(k) (administered by T. Rowe Price) |

## II. AGREEMENTS.   (Reporting individual only; see pp. 14-16 of filing instructions)

☐ NONE   - (No reportable agreements.)

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 2. | 2003 | Marcia Morales Howard, P.A. |

## III. NON-INVESTMENT INCOME.  (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☑ NONE   - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. Dollar amount not required except for honoraria.)

☐ NONE   - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2005 | Interline Brands, Inc., salary |
| 2. | 2006 | Interline Brands, Inc., salary |
| 3. | | |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☐ NONE   - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | Exempt | |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☐ NONE - (No such reportable gifts.)

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | Exempt | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ NONE - (No reportable liabilities.)

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Howard, Marcia M | 6/12/2006 |

## VII. INVESTMENTS and TRUSTS -- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. Wachovia (bank acct) | D | Interest | N | T | Exempt | | | | |
| 2. Wachovia Stock | D | Dividend | N | T | | | | | |
| 3. Compass Bank Stock | C | Dividend | M | T | | | | | |
| 4. Southside Warehouse, Inc. Stock | C | Ptn. Inc. | K | U | | | | | |
| 5. Paragon Life Variable Life Policy | A | Interest | J | T | | | | | |
| 6. Morales Investments of Jax, Inc. | G | Ptn. Inc. | J | U | | | | | |
| 7. MIC Holding | D | Ptn. Inc. | J | U | | | | | |
| 8. T. Rowe Price 401(k) | D | Int./Div. | M | T | | | | | |
| 9. NCNB Real Estate Fund | | | | | | | | | |
| 10. TRP RST Balanced | | | | | | | | | |
| 11. TRP Stable Value Fund | | | | | | | | | |
| 12. Bombardier 401(k) | E | Int./Div. | L | T | | | | | |
| 13. Franklin Real Estate Securities Fund/A | | | | | | | | | |
| 14. Investment Co. of America Fund/A | | | | | | | | | |
| 15. Washington Mutual Investors Fund/A | | | | | | | | | |
| 16. Growth Fund of America/A | | | | | | | | | |
| 17. Franklin Balance Sheet Investment/Inv. A. | | | | | | | | | |
| 18. Franklin Small Mid Cap Growth Fund/A | | | | | | | | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Howard, Marcia M | 6/12/2006 |

## VII. INVESTMENTS and TRUSTS  -- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 19. Euro Pacific Growth Fund/A | | | | | | | | | |
| 20. Templeton Developing Markets Trust/A | | | | | | | | | |
| 21. State Street EAFE International Index F | | | | | | | | | |
| 22. State Street S&P 500 Index | | | | | | | | | |
| 23. Wachovia 401(k) | D | Int./Div. | M | T | | | | | |
| 24. Stable Fund | | | | | | | | | |
| 25. Southland Life Insurance Policy | A | Interest | J | T | | | | | |
| 26. Bank of America C.D. | D | Interest | M | T | | | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS    (Indicate part of Report.)

Part I - The Irrevocable Trust disclosed on Line 12 is an unfunded trust.

Part III - My non-investment income since January 1, 2004 has been limited to my U.S. government salary.

Part VII, Co. B(2) - Ptn. Inc. = Partnership Income.

Part VII, Co. B(1) and C(1) = Income and values for the 401k accounts are based upon the most recent statement received which reflect income and value as of March 31, 2006.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature Marcia Morales Howard        Date June 12, 2006

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

# FINANCIAL STATEMENT

## NET WORTH

Provide a complete, current financial net worth statement which itemizes in detail all assets (including bank accounts, real estate, securities, trusts, investments, and other financial holdings) all liabilities (including debts, mortgages, loans, and other financial obligations) of yourself, your spouse, and other immediate members of your household.

| ASSETS | | | | LIABILITIES | | | |
|---|---|---|---|---|---|---|---|
| Cash on hand and in banks | | 510 | 866 | Notes payable to banks-secured | | | |
| U.S. Government securities-add schedule | | | | Notes payable to banks-unsecured | | | |
| Listed securities-add schedule | | 379 | 716 | Notes payable to relatives | | | |
| Unlisted securities--add schedule | | | | Notes payable to others | | | |
| Accounts and notes receivable: | | | | Accounts and bills due | | 10 | 000 |
| Due from relatives and friends | | | | Unpaid income tax | | | |
| Due from others | | | | Other unpaid income and interest | | | |
| Doubtful | | | | Real estate mortgages payable-add schedule | | 171 | 908 |
| Real estate owned-add schedule | | 280 | 000 | Chattel mortgages and other liens payable | | | |
| Real estate mortgages receivable | | | | Other debts-itemize: | | | |
| Autos and other personal property | | 178 | 000 | | | | |
| Cash value-life insurance | | 5 | 888 | | | | |
| Other assets itemize: | | | | | | | |
| 401(k) accounts and Thrift Savings Plan | | 387 | 373 | | | | |
| Business investments | | 34 | 915 | | | | |
| | | | | Total liabilities | | 181 | 908 |
| | | | | Net Worth | 1 | 594 | 850 |
| Total Assets | 1 | 776 | 758 | Total liabilities and net worth | 1 | 776 | 758 |
| CONTINGENT LIABILITIES | | | | GENERAL INFORMATION | | | |
| As endorser, comaker or guarantor | | | | Are any assets pledged? (Add schedule) | NO | | |
| On leases or contracts | | | | Are you defendant in any suits or legal actions? | NO | | |
| Legal Claims | | | | Have you ever taken bankruptcy? | NO | | |
| Provision for Federal Income Tax | | | | | | | |
| Other special debt | | | | | | | |